Richard PARKS, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 38825.

Missouri Court of Appeals,
Western District.

July 21, 1987.

Joseph H. Locascio, Sp. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before CLARK, C.J., and NUGENT and LOWENSTEIN, JJ.

### ORDER

PER CURIAM.

Appeal from denial of Rule 27.26 motion for post-conviction relief.

Judgment affirmed. Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Russell PRESTON, Appellant.

No. WD 38968.

Missouri Court of Appeals,
Western District.

July 21, 1987.

R.M. Gifford, Green City, for appellant.

Robert B. Paden, Maysvile, for respondent.

Before BERREY, P.J., and KENNEDY and LOWENSTEIN, JJ.

### ORDER

PER CURIAM.

Appeal from misdemeanor conviction of false impersonation, § 575.120 RSMo 1986, and assessment of $200 fine and sentence of three days' confinement.

Affirmed. Rule 30.25(b).